IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Guy Watson, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:13cv105 |
| | : Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 10, 2019 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 24, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees (Doc. 26) is GRANTED. Counsel is AWARDED $2,784.38 in fees.

IT IS SO ORDERED.

       s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court